JEREMY PASTERNAK, ESQ., BAR NO: 181618
jdp@pasternaklaw.com
MORGAN YANG, ESQ., BAR NO: 324742
my@pasternaklaw.com
LAW OFFICES OF JEREMY PASTERNAK
A Professional Corporation
354 Pine Street, Fifth Floor
San Francisco, CA 94104
Telephone: (415) 693-0300
Facsimile: (415) 693-0393

Attorneys for Plaintiff
DANIEL ALLEN

[ADDITIONAL COUNSEL ON NEXT PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALLEN, an individual<br><br>        Plaintiff,<br>  v.<br><br>PALADIN CONSULTING, INC., a Texas Corporation; XEROX CORPORATION, a New York Corporation; GEE GROUP, INC., an Illinois Corporation; GENERAL EMPLOYMENT ENTERPRISE, INC., an Illinois Corporation; and Does 1-20, inclusive,<br><br>        Defendants. | Case No. 2:18-cv-00706-TLN-CKD<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY DATES** |

| | |
|---|---|
| 1 | HEATHER HEARNE (SBN 254496) |
| | hdh@kullmanlaw.com |
| 2 | THE KULLMAN FIRM, PLC |
| | 4605 Bluebonnet Blvd., Suite A |
| 3 | Baton Rouge, LA 70809 |
| | Telephone: (225) 906-4250 |
| 4 | Facsimile: (225) 906-4230 |
| 5 | RACHEL E. LINZY (PHV) |
| | rel@kullmanlaw.com |
| 6 | THE KULLMAN FIRM |
| | A Professional Law Corporation |
| 7 | 1100 Poydras Street, suite 1600 |
| | New Orleans, LA 70163 |
| 8 | Tel: (504) 524-4162 |
| | Fax: (504) 596-4114 |
| 9 | |
| | Attorneys for Defendant |
| 10 | XEROX CORPORATION |
| 11 | |
| 12 | SARAH E. ROBERTSON (SBN 142439) |
| | srobertson@constangy.com |
| 13 | JASMINE L. ANDERSON (SBN 252973) |
| | janderson@constangy.com |
| 14 | COSTANGY, BROOKS, SMITH, & PROPHETE, LLP |
| | 351 California St., Suite 200 |
| 15 | San Francisco, CA 94104 |
| | Telephone: 415.918.3000 |
| 16 | Facsimile: 415.918.3007 |
| 17 | Attorneys for Defendants |
| | PALADIN CONSULTING, INC |
| 18 | GEE GROUP, INC., and GENERAL |
| | EMPLOYMENT ENTERPRISES, INC. |

The parties, through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff brought this action relating to his former employment against the following entities: PALADIN CONSULTING, INC., a Texas Corporation; XEROX CORPORATION, a New York Corporation; GEE GROUP, INC., an Illinois Corporation; GENERAL EMPLOYMENT ENTERPRISE, INC., an Illinois Corporation; and Does 1-20, inclusive, on February 6, 2018; and

WHEREAS, Defendant XEROX CORPORATION filed their Answer on April 6, 2018; and

WHEREAS, Plaintiff filed an amended complaint on April 27, 2018; and

WHEREAS, Defendant XEROX CORPORATION filed their answer to Plaintiff's First Amended Complaint on May 14, 2018; and

WHEREAS, Defendant PALADIN CONSULTING, INC, GEE GROUP, INC., and GENERAL EMPLOYMENT ENTERPRISE, INC., filed their answer to Plaintiff's First Amended Complaint on May 11, 2018; and

WHEREAS, the parties have exchanged and are conducting written discovery; and

WHEREAS, Plaintiff suffered a stroke on or about August, 2018; and

WHEREAS, Plaintiff's stroke affected his speech such that he was unable to have his deposition taken in this matter as previously planned; and

WHEREAS, because of this delay and out of a professional courtesy to Defendants, Plaintiff's counsel has intentionally not moved forward with depositions of Defendants' employees; and

WHEREAS, Plaintiff and Defendants agreed to stipulate to continue Discovery and Mediation deadlines; and

WHEREAS, Plaintiff has now recovered sufficiently to have his deposition taken in this matter; and

WHEREAS, the Court has ordered the parties to provide new discovery dates; and

THEREFORE, the Parties hereby stipulate and request as follows: 27

/ / /

/ / /

| | |
|---|---|
| 1 | The Court set the Discovery Cut-Off date for April 17, 2020; |
| 2 | The Court set the Expert Disclosures Cut-Off date for May 18, 2020; |
| 3 | The Court set the Supplemental/Rebuttal Expert Disclosures Cut-Off date for June 23, 2020. |

Date: October 30, 2019

**LAW OFFICES OF JEREMY PASTERNAK**
**A Professional Corporation**

By: */s/ Morgan Yang*
    JEREMY PASTERNAK
    MORGAN YANG
    Attorneys for Plaintiff
    DANIEL ALLEN

Date: October 30, 2019

**THE KULLMAN FIRM, PLC**

By: */s/ Rachel Linzy* (with permission)
    HEATHER HEARNE
    RACHEL E. LINZY
    Attorneys for Defendant
    XEROX CORPORATION

Date: October 30, 2019

**CONSTANGY, BROOKS, SMITH, & PROPHETE, LLP**

By: */s/ Jasmine Anderson* (with permission)
    SARAH E. ROBERTSON
    JASMINE L. ANDERSON
    Attorneys for Defendant
    PALADIN CONSULTING, INC; GEE GROUP, INC., and GENERAL EMPLOYMENT ENTERPRISES, INC.

# ORDER

The Court, having reviewed having reviewed the Stipulation of the parties and Request for Order, and GOOD CAUSE HAVING BEEN SHOWN, hereby orders:

The Discovery Cut-Off date be set for April 17, 2020;

The Expert Disclosures Cut-Off date be set for May 18, 2020;

The Supplemental/Rebuttal Expert Disclosures Cut-Off date be set for June 23, 2020.

**IT IS SO ORDERED.**

Dated: October 31, 2019

Troy L. Nunley
United States District Judge