1  JEREMY PASTERNAK (SBN 181618)
   jdp@pasternaklaw.com
2  MORGAN YANG (SBN 324742)
   my@pasternaklaw.com
3  LAW OFFICES OF JEREMY PASTERNAK
   A Professional Corporation
4  354 Pine St., 5th Floor
   San Francisco, CA 94104
5  Phone: (415) 693-0300
   Fax: (415) 693-0393
6
   Attorneys for Plaintiff
7  DANIEL ALLEN

8  [ADDITIONAL COUNSEL ON NEXT PAGE]

9
                UNITED STATES DISTRICT COURT
10
                EASTERN DISTRICT OF CALIFORNIA
11

12  | DANIEL ALLEN, | Case No. 2:18-cv-00706-TLN-CKD |
13  | | |
14  | Plaintiff, | **STIPULATION AND ORDER TO EXTEND ALL DEADLINES BY SIX (6) MONTHS DUE TO COVID-19** |
15  | v. | |
16  | PALADIN CONSULTING, INC., a Texas Corporation; XEROX CORPORATION, a New York Corporation; GEE GROUP, INC., an Illinois Corporation; GENERAL EMPLOYMENT ENTERPRISES, INC., an Illinois Corporation; and Does 1-20, inclusive, | Complaint Filed: February 7, 2018 |
17  | | |
18  | | |
19  | | |
20  | Defendants. | |

SARAH E. ROBERTSON (SBN 142439)
srobertson@constangy.com
JASMINE L. ANDERSON (SBN 259973)
janderson@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Phone: (415) 918-3000

Attorney for Defendants
PALADIN CONSULTING, INC.
GEE GROUP, INC., and GENERAL
EMPLOYMENT ENTERPRISES, INC.

HEATHER HEARNE (SBN 254496)
hdh@kullmanlaw.com
THE KULLMAN FIRM, PLC
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Phone: (225) 906-4250
Facsimile: (225) 906-4230

RACHEL E. LINZY (PHV)
rel@kullmanlaw.com
THE KULLMAN FIRM
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Tel: (504) 524-4162
Fax: (504) 596-4114

Attorneys for Defendant
XEROX CORPORATION

1  **TO THE COURT AND ALL PARTIES OF RECORD:**

2  **PLEASE TAKE NOTICE THAT,** as a result of the unprecedented travel and safety
3  restrictions relating to the Coronavirus ("COVID-19"), and in the interest of protecting the health,
4  safety, and wellbeing of all parties, witnesses, attorneys and court personnel, Plaintiff Daniel Allen
5  ("Plaintiff") and Defendants Paladin Consulting, Xerox Corporation, Gee Group, Inc., and General
6  Employment Enterprises, Inc. ("Defendants"), (collectively, the "Parties") hereby agree and
7  stipulate to extend all hearings, discovery deadlines, depositions, and other case related deadlines
8  currently set by six (6) months.

9  This Stipulation is intended to expressly apply to all dates the Parties had previously
10  stipulated to, pursuant to their October 31, 2019, stipulation and order, attached for reference hereto
11  as "Exhibit A".

12  The Parties shall file a joint report on the status of all case related deadlines to the court
13  every 90 days following the approval of this Stipulation and [Proposed] Order.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO STIPULATED:**

DATED: April 15, 2020            **THE LAW OFFICES OF JEREMY PASTERNAK**


By  */s/ Jeremy Pasternak* (as authorized on 4/13/2020)
   Jeremy Pasternak
   Morgan Yang
   Attorneys for Plaintiff
   DANIEL ALLEN


DATED: April 15, 2020            **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**


By  */s/ Sarah E. Robertson* _____
   Sarah E. Robertson
   Jasmine L. Anderson
   Attorney for Defendants
   PALADIN CONSULTING, INC.; GEE GROUP, INC.;
   GENERAL EMPLOYMENT ENTERPRISES, INC.

DATED: April 15, 2020            **THE KULLMAN FIRM**


By  */s/ Rachel Linzy* (as authorized on 4/14/2020)
   Heather Hearne
   Rachel E. Linzy
   Attorneys for Defendant
   XEROX CORPORATION


### ORDER

Pursuant to the Parties stipulation, all hearings, discovery deadlines, and other case related deadlines currently set, are extended an additional six (6) months.

**IT IS SO ORDERED.**

DATED: April 15, 2020

_____
Troy L. Nunley
United States District Judge

4
STIPULATION AND ORDER TO EXTEND ALL CASE DEADLINES