JEREMY PASTERNAK, ESQ. (SBN 181618)
jdp@pasternaklaw.com
MORGAN YANG, ESQ. (SBN 324742)
my@pasternaklaw.com
**LAW OFFICES OF JEREMY PASTERNAK**
A Professional Corporation
354 Pine St., Fifth Floor
San Francisco, CA 94104
Telephone:  (415) 693-0300
Facsimile: (415) 693-0393

**Attorney for Plaintiff
DANIEL ALLEN**

[ADDITIONAL COUNSEL ON NEXT PAGE]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL ALLEN, on behalf of himself,<br><br>Plaintiff,<br><br>v.<br><br>PALADIN CONSULTING, INC., a Texas Corporation; XEROX CORPORATION, a New York Corporation; GEE GROUP, INC., an Illinois Corporation; GENERAL EMPLOYMENT ENTERPRISES, INC., an Illinois Corporation; and Does 1-20, inclusive.<br><br>Defendants. | No. 2:18-cv-00706-TLN-CKD<br><br>**STIPULATION AND ORDER CONTINUING PENDING DISCOVERY DEADLINES** |

HEATHER HEARNE (SBN 254496)
hdh@kullmanlaw.com
**THE KULLMAN FIRM, PLC**
4605 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone:  (225) 906-4250
Facsimile: (225) 906-4230

RACHEL E. LINZY (PHV)
rel@kullmanlaw.com
**THE KULLMAN FIRM**
A Professional Law Corporation
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Tel: (504) 524-4162
Fax: (504) 596-4114

**Attorneys for Defendant**
**XEROX CORPORATION**

SARAH E. ROBERTSON (SBN 142439)
srobertson@constangy.com
JASMINE L. ANDERSON (SBN 252973)
janderson@constangy.com
COSTANGY, BROOKS, SMITH, & PROPHETE, LLP
601 Montgomery Street, Suite 350
San Francisco, CA 94111
Telephone: 415.918.3000
Facsimile: 415.918.3007

**Attorneys for Defendants**
**PALADIN CONSULTING, INC**
**GEE GROUP, INC., and GENERAL**
**EMPLOYMENT ENTERPRISES, INC.**

**TO THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT,** as a result of the unprecedented travel and safety restrictions relating to the Coronavirus ("COVID-19"), and in the interest of protecting the health, safety, and wellbeing of all parties, witnesses, attorneys and court personnel, Plaintiff Daniel Allen ("Plaintiff") and Defendants Paladin Consulting, Xerox Corporation, Gee Group, Inc., and General Employment Enterprises, Inc. ("Defendants"), (collectively, the "Parties") hereby agree and stipulate to extend all hearings, discovery deadlines, depositions, and other case related deadlines currently set by four (4) months.

This Stipulation is intended to expressly apply to all dates the Parties had previously stipulated to, pursuant to their October 31, 2019, April 14, 2020, and August 14, 2020 Stipulations. Therefore, the Parties hereby stipulate and request as follows:

The Court set the Discovery Cut-Off date for April 19, 2021;

The Court set the Expert Disclosures Cut-Off date for May 17, 2021;

The Court set the Supplemental/Rebuttal Expert Disclosures Cut-Off date for June 21, 2021.

The Parties shall file a joint report on the status of all case related deadlines to the Court every 60 days following the approval of this Stipulation and [Proposed] Order.

**IT IS SO STIPULATED:**

| | | |
|---|---|---|
|1| Dated:  January 15, 2021 | **LAW OFFICES OF JEREMY PASTERNAK**<br>**A Professional Corporation** |
|2| | |
|3| | By: */s/ Morgan Yang*<br>    JEREMY PASTERNAK<br>    MORGAN YANG |
|4| | Attorneys for Plaintiff<br>DANIEL ALLEN |
|5| | |
|6| Dated:  January 12, 2021 | **THE KULLMAN FIRM, PLC** |
|7| | By:*/s/ Rachel E. Linzy* (with permission 1/12/21)<br>    HEATHER HEARNE |
|8| | RACHEL E. LINZY<br>Attorneys for Defendant |
|9| | XEROX CORPORATION |
|10| Dated:  January 15, 2021 | **COSTANGY, BROOKS, SMITH, & PROPHETE, LLP** |
|11| | |
|12| | By: */s/ Jasmine L. Anderson* (with permission 1/15/21)<br>    SARAH E. ROBERTSON<br>    JASMINE L. ANDERSON |
|13| | Attorneys for Defendant<br>PALADIN CONSULTING, INC; GEE |
|14| | GROUP, INC., and GENERAL<br>EMPLOYMENT ENTERPRISES, INC. |

# ORDER

The Court, having reviewed the Stipulation of the parties and Request for Order, and GOOD CAUSE HAVING BEEN SHOWN, hereby orders:

The Discovery Cut-Off date is re-set for April 19, 2021;

The Expert Disclosures Cut-Off date is re-set for May 17, 2021;

The Supplemental/Rebuttal Expert Disclosures Cut-Off date is re-set for June 21, 2021.

**IT IS SO ORDERED.**

Dated:  January 19, 2021

_____
Troy L. Nunley
United States District Judge

Proof of Service 6